IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE D. JACKSON, #1127769,<br><br>    Plaintiff(s),<br><br>  v.<br><br>K. FRANCE, et al.,<br><br>    Defendant(s). | No. C 14-3108 CRB (PR)<br><br>ORDER REGARDING SERVICE OF DEFENDANT H. ALTUNC |

    Per order filed on May 7, 2015, the court ordered the clerk to issue summons and the United States Marshal to serve plaintiff's First Amended Complaint (FAC) for damages under 42 U.S.C. § 1983 on San Quentin State Prison (SQSP) correctional officers K. France, H. Altunc, H. DeLeon and Burkle.

    Plaintiff has filed a "notice of error" alleging that the marshal's service recently informed him that they were unable to serve defendant "H. Altune" because "SQSP litigation coordinator said no one by this name works at SQSP." Dkt. #18 at 1. Plaintiff points out that defendant's name is "H. Altunc," not H. Altune," as incorrectly entered in the summons. Id. Plaintiff requests that defendant H. Altunc be served again.

    Good cause appearing, the clerk again shall issue summons and the marshal's service shall serve, without prepayment of fees, copies of the FAC in this matter and copies of this order on Correctional Officer H. Altunc at SQSP.

SO ORDERED.

DATED: July 27, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Jackson, C.14-3108.serve.Altunc.wpd