IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE D. JACKSON, #1127769, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> K. FRANCE, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | No. C 14-3108 CRB (PR) <br><br> ORDER REGARDING REQUEST FOR SERVICE OF SUBPOENAS DUCES TECUM <br><br> (Dkt. #44) |

Plaintiff Charlie D. Jackson, a state prisoner proceeding <u>in forma pauperis</u> in the instant <u>pro se</u> prisoner action for damages under 42 U.S.C. § 1983, has filed a request for an order directing the United States Marshal to serve three subpoenas duces tecum on three non-parties in the State of California.

Good cause appearing and shown, plaintiff's request is GRANTED. <u>See</u> 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). The clerk is instructed to issue the three proposed subpoenas submitted by plaintiff (see dkt. #44 at 6-8, dkt. #44 at 10-12 and dkt. #44 at 14-16) by affixing her signature and seal on the subpoenas, and to forward them to the United States Marshal; and the United State Marshal is instructed to serve the three subpoenas without prepayment of fees.

The clerk is further instructed to serve a copy of this order on the parties and on the United States Marshal.

SO ORDERED.

DATED: 11/20/2015

*[signature]*

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Jackson, C.14-3108.serve_subpoena.wpd