IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE D. JACKSON, #1127769,<br><br>         Plaintiff(s),<br><br>   v.<br><br>K. FRANCE, et al.,<br><br>         Defendant(s). | No. C 14-3108 CRB (PR)<br><br>ORDER REGARDING SECOND REQUEST FOR SERVICE OF SUBPOENAS DUCES TECUM<br><br>(Dkt. #93) |

Plaintiff Charlie D. Jackson, a Nevada state prisoner proceeding in forma pauperis in the instant pro se prisoner action for damages under 42 U.S.C. § 1983, has filed a request for an order directing the United States Marshal to serve two subpoenas duces tecum on two non-parties in the State of California.

Good cause appearing and shown, plaintiff's request is GRANTED. See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). The clerk is instructed to issue the two proposed subpoenas submitted by plaintiff (see dkt. #93 Exs. A & B) by affixing her signature and seal on the subpoenas, and to forward them to the United States Marshal; and the United States Marshal is instructed to serve the two subpoenas without prepayment of fees.

The clerk is further instructed to serve a copy of this order on the parties and on the United States Marshal.

SO ORDERED.

DATED: 4/1/2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Jackson, C.14-3108.serve_subpoena2.wpd